**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | OFFSHORE SAILING SCHOOL, LTD., INC. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 59-1781095 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 6338 Presidential Court Suite 201 Fort Myers, FL 33919 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Lee | **Location of principal assets, if different from principal place of business** |
| County | 80 Beach Drive NE Saint Petersburg, FL 33701 |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  https://www.offshoresailing.com/

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    OFFSHORE SAILING SCHOOL, LTD., INC.                          Case number (*if known*) _____
      Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     430

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check **all** that apply:*

    ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | When | Relationship |
|---|---|---|---|
| Debtor | _____ | | _____ |
| District | _____ | When _____ | Case number, if known _____ |

| Debtor | OFFSHORE SAILING SCHOOL, LTD., INC. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

.   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☒ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    OFFSHORE SAILING SCHOOL, LTD., INC.                          Case number (*if known*) _____
_____
Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 21, 2025
_____
MM / DD / YYYY

**X** /s/  Doris Colgate                          Doris Colgate
_____                          _____
Signature of authorized representative of debtor        Printed name

Title    President
_____

**18. Signature of attorney**

**X** /s/ Leon Williamson                    Date    May 21, 2025
_____                          _____
Signature of attorney for debtor                  MM / DD / YYYY

Leon Williamson 363537
_____
Printed name

Williamson Law Firm
_____
Firm name

306 S Plant Ave Ste B
Tampa, FL 33606
_____
Number, Street, City, State & ZIP Code

Contact phone    (813) 385-7877        Email address    leon@lwilliamsonlaw.com
_____

363537 FL
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    OFFSHORE SAILING SCHOOL, LTD., INC.

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 21, 2025     **X** /s/ Doris Colgate
                                   Signature of individual signing on behalf of debtor

                                 Doris Colgate
                                 Printed name

                                 President
                                 Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    OFFSHORE SAILING SCHOOL, LTD., INC.

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Active Interest Media Holdco, Inc. PO Box 11588 Chattanooga, TN 37401 | | Trade debt | | | | $2,250.00 |
| Active Interest Media Holdco, Inc. Firecrown, PO Box 11588 Chattanooga, TN 37401 | | Trade debt | | | | $2,000.00 |
| Adventure Central 1876 Canterbury Dr. Las Vegas, NV 89119 | | Trade debt | | | | $5,856.75 |
| Atlas Yacht Sales & Service 1506 SE 14th St. Fort Lauderdale, FL 33316 | | Trade debt | | | | $13,657.70 |
| Entech Computer Services 5276 Summerlin Commons Way, Suite 70 Fort Myers, FL 33907 | | Trade debt | | | | $1,120.00 |
| Everest National Insurance Company-ACH PO Box 499 Newark, NJ 07101 | | Trade debt | | | | $1,406.25 |
| Firecrown PO Box 11588 Chattanooga, TN 37401 | | Trade debt | | | | $15,831.25 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor  OFFSHORE SAILING SCHOOL, LTD., INC.                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Flagship Marine Underwriters c/o The Boon Group 6300 Bridgepoint Parkway Bldg 3, Suite 200 Austin, TX 78730 | | Insurance | | | | $33,926.64 |
| Hampton Inn & Suites 80 Beach Drive NE Saint Petersburg, FL 33701 | | Trade debt | | | | $9,153.50 |
| Hughes, Snell & Co., P.A. 1470 Royal Palm Square Blvd Fort Myers, FL 33919 | | Accounting Services | | | | $2,428.43 |
| IPFS Corporation P.O. Box 730223 Dallas, TX 75373-0223 | | Insurance premiums | | | | $2,795.99 |
| Pink Shell Beach Resort & Spa 275 Estero Blvd. Fort Myers Beach, FL 33931 | | Trade debt | | | | $27,704.91 |
| Port Supply/West Marine Pro P.O. Box 669336 Dallas, TX 75266-9336 | | Trade debt | | | | $1,077.55 |
| Presidential Holdings, of SWFL LLC 5276 Summerlin Commons Way #701 Fort Myers, FL 33919 | | Rent | | | | $20,639.08 |
| Scrub Island Resort 4602 Eisenhower Blvd Tampa, FL 33634 | | Trade debt | | | | $5,497,880.00 |
| Sugar & spice Catamarans, LLC 1100 Fort Pickens Road Unit D Gulf Breeze, FL 32561 | | Trade debt | | | | $512.00 |
| The Moorings 93 N. Park Place Blvd. Clearwater, FL 33759 | | Trade debt | | | | $188,441.09 |

Debtor    OFFSHORE SAILING SCHOOL, LTD., INC.    Case number *(if known)* _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The University of South Florida 140 7th Ave. South HWH 108a Saint Petersburg, FL 33701 | | Trade debt | | | | $21,542.66 |
| VISA PO Box 6818 Carol Stream, IL 60197-6818 | | Credit card purchases | | | | $25,194.66 |
| Westin Cape Coral Resort 5951 Silver King Blvd Cape Coral, FL 33914 | | Trade debt | | | | $569.78 |

# United States Bankruptcy Court
## Middle District of Florida

In re    OFFSHORE SAILING SCHOOL, LTD., INC.            Case No.

                                                            Debtor(s)          Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    May 21, 2025                          /s/   Doris Colgate

                                               Doris Colgate/President
                                               Signer/Title

Active Interest Media Holdco, Inc.
Firecrown, PO Box 11588
Chattanooga, TN 37401

Adventure Central
1876 Canterbury Dr.
Las Vegas, NV 89119

AFLAC Ach
PO Box 673025
Dallas, TX 75267-3025

Atlas Yacht Sales & Service
1506 SE 14th St.
Fort Lauderdale, FL 33316

Dirt Busters Carpet and Floor
6041 64th Avenue North
Pinellas Park, FL 33781

Duke Energy
P.O. Box 1094
Charlotte, NC 28201-1094

Entech Computer Services
5276 Summerlin Commons Way, Suite 70
Fort Myers, FL 33907

Everest National Insurance Company-ACH
PO Box 499
Newark, NJ 07101

Firecrown
PO Box 11588
Chattanooga, TN 37401

Flagship Marine Underwriters
c/o The Boon Group 6300 Bridgepoint Park
Austin, TX 78730

Hampton Inn & Suites
80 Beach Drive NE
Saint Petersburg, FL 33701

Hughes, Snell & Co., P.A.
1470 Royal Palm Square Blvd
Fort Myers, FL 33919

IPFS Corporation
P.O. Box 730223
Dallas, TX 75373-0223

J.M. Todd, Inc.
12670 McGregor Blvd.
Fort Myers, FL 33919

Pink Shell Beach Resort & Spa
275 Estero Blvd.
Fort Myers Beach, FL 33931


Port Supply/West Marine Pro
P.O. Box 669336
Dallas, TX 75266-9336


Presidential Holdings, of SWFL LLC
5276 Summerlin Commons Way #701
Fort Myers, FL 33919


Quest Diagnostics
PO Box 740709
Atlanta, GA 30374-0709


SafeGuard Destruction Services, Inc.
2211 Andrea Lane, Unit A
Fort Myers, FL 33912


Scrub Island Resort
4602 Eisenhower Blvd
Tampa, FL 33634


Sugar & spice Catamarans, LLC
1100 Fort Pickens Road Unit D
Gulf Breeze, FL 32561


Teladoc Health Inc.
P.O. Box 24007
New York, NY 10087-4007


The Moorings
93 N. Park Place Blvd.
Clearwater, FL 33759


The University of South Florida
140 7th Ave. South HWH 108a
Saint Petersburg, FL 33701


United Parcel Service
P.O. Box 733360
Dallas, TX 75312-3731


University Services
PO Box 123731
Dallas, TX 75312-3731


VISA
PO Box 6818
Carol Stream, IL 60197-6818


Westin Cape Coral Resort
5951 Silver King Blvd
Cape Coral, FL 33914

Xtreme Pest Control, Inc.
1217 Cape Coral Pkwy, PMB 93
Cape Coral, FL 33904

<u>ATTACHMENT TO PETITION</u>

DEBTOR'S MOST RECENT BALANCE
SHEET, STATEMENT OF OPERATIONS, CASH-FLOW
STATEMENT, AND FEDERAL INCOME TAX RETURN

# Offshore Sailing School LTD Inc

## Profit and Loss

February 2025

| | TOTAL | | | |
|---|---|---|---|---|
| | FEB 2025 | FEB 2024 (PY) | CHANGE | % CHANGE |
| Income | | | | |
| 430000 BIB | 51.00 | 88.00 | -37.00 | -42.05 % |
| 430100 BIB Contra | -51.00 | -88.00 | 37.00 | 42.05 % |
| 431000 Tuition Revenue | 114,891.00 | 163,916.00 | -49,025.00 | -29.91 % |
| 432000 Hotel Revenue | 41,705.70 | 41,951.00 | -245.30 | -0.58 % |
| 433000 Boat Revenue | 156,798.55 | 197,520.08 | -40,721.53 | -20.62 % |
| 436000 Flotillas | | 86,910.00 | -86,910.00 | -100.00 % |
| 439001 Income - Other | | | | |
| 439510 Trip Ins. Commissions | 67.50 | 331.10 | -263.60 | -79.61 % |
| 439540 Transfer/Cancel Fees | 1,498.50 | 1,565.50 | -67.00 | -4.28 % |
| 439551 Miscellaneous | | 205.56 | -205.56 | -100.00 % |
| 439601 Income - Interest | | 1,833.34 | -1,833.34 | -100.00 % |
| **Total 439001 Income - Other** | **1,566.00** | **3,935.50** | **-2,369.50** | **-60.21 %** |
| 499000 Discounts - Tuition | -1,094.25 | | -1,094.25 | |
| 499100 Discounts - Tuition | -952.25 | | -952.25 | |
| 499110 Discount-Marketing Promotions | -34,126.79 | -44,731.40 | 10,604.61 | 23.71 % |
| 499120 Discount-Media/Partners/Employe | | -11,460.00 | 11,460.00 | 100.00 % |
| 499130 Discount-Make Good/Comp Course | -4,370.00 | | -4,370.00 | |
| 499150 Discount-2nd Person Discount | -5,416.00 | | -5,416.00 | |
| **Total 499000 Discounts - Tuition** | **-45,959.29** | **-56,191.40** | **10,232.11** | **18.21 %** |
| Sales | 0.00 | | 0.00 | |
| **Total Income** | **$269,001.96** | **$438,041.18** | **$ -169,039.22** | **-38.59 %** |
| Cost of Goods Sold | | | | |
| 550000* Direct Costs of Sales | | | | |
| 551001 Credit Card Fees | 7,702.51 | 10,432.66 | -2,730.15 | -26.17 % |
| 552000 Hotel | | | | |
| 552100 Hotel Charges | 31,121.42 | 56,280.12 | -25,158.70 | -44.70 % |
| **Total 552000 Hotel** | **31,121.42** | **56,280.12** | **-25,158.70** | **-44.70 %** |

# Offshore Sailing School LTD Inc

## Profit and Loss

February 2025

| | | TOTAL | | |
|---|---|---|---|---|
| | FEB 2025 | FEB 2024 (PY) | CHANGE | % CHANGE |
| 553000 Boat | | 83,283.46 | -83,283.46 | -100.00 % |
| 553100 Salaries and Wages | 63,100.00 | 50,051.52 | 13,048.48 | 26.07 % |
| 553110 Salaries Maintenance | 0.00 | 31,876.40 | -31,876.40 | -100.00 % |
| **Total 553100 Salaries and Wages** | **63,100.00** | **81,927.92** | **-18,827.92** | **-22.98 %** |
| 553200 Payroll Taxes | | | | |
| 553210 FICA, Medicare, FUTA, & SUTA | 4,373.51 | 6,199.53 | -1,826.02 | -29.45 % |
| 553230 BVI Employer Income Tax | 486.52 | 356.79 | 129.73 | 36.36 % |
| 553240 BVI Employer SS Tax | 1,132.14 | 963.34 | 168.80 | 17.52 % |
| 553250 BVI Employer NHI Tax | 890.27 | 825.06 | 65.21 | 7.90 % |
| **Total 553200 Payroll Taxes** | **6,882.44** | **8,344.72** | **-1,462.28** | **-17.52 %** |
| 553300 Benefits | | | | |
| 553310 Health Insurance | | 4,132.41 | -4,132.41 | -100.00 % |
| 553320 W/C Insurance | 1,480.85 | 2,189.77 | -708.92 | -32.37 % |
| **Total 553300 Benefits** | **1,480.85** | **6,322.18** | **-4,841.33** | **-76.58 %** |
| 553400 Course | | | | |
| 554110 Provisions-Instructor & Student | 1,352.50 | 3,150.14 | -1,797.64 | -57.07 % |
| 554111 Provisions-Instructor & Student-Legacy | | 125.37 | -125.37 | -100.00 % |
| 554112 Provisions-Instructor & Student-Breaking Away | 2,392.73 | 1,386.13 | 1,006.60 | 72.62 % |
| 554113 Provisions-Instructor & Student-Making Connections | 2,082.73 | 2,349.51 | -266.78 | -11.35 % |
| 554114 Provisions-Instructor & Student-Offshore High | 2,336.69 | 332.57 | 2,004.12 | 602.62 % |
| 554115 Provisions-Instructor & Student-HydroTherapy | 585.18 | 196.56 | 388.62 | 197.71 % |
| **Total 554110 Provisions-Instructor & Student** | **8,749.83** | **7,540.28** | **1,209.55** | **16.04 %** |
| 554400 Course Materials | 12,398.09 | 5,696.87 | 6,701.22 | 117.63 % |
| 554800 Commission/Bonus | 4,609.00 | 4,275.00 | 334.00 | 7.81 % |
| **Total 553400 Course** | **25,756.92** | **17,512.15** | **8,244.77** | **47.08 %** |
| **Total 553000 Boat** | **97,220.21** | **197,390.43** | **-100,170.22** | **-50.75 %** |
| **Total 550000* Direct Costs of Sales** | **136,044.14** | **264,103.21** | **-128,059.07** | **-48.49 %** |
| 554300 Boat Cleaning | 784.00 | 6,695.00 | -5,911.00 | -88.29 % |
| 554301 Boat Cleaning-Chase | | 505.00 | -505.00 | -100.00 % |
| 554302 Boat Cleaning-Legacy | 450.00 | 120.00 | 330.00 | 275.00 % |
| 554303 Boat Cleaning-C-26's | 130.00 | 641.00 | -511.00 | -79.72 % |
| 554304 Boat Cleaning-Breaking Away | 992.50 | 458.50 | 534.00 | 116.47 % |
| 554305 Boat Cleaning-Making Connections | 945.00 | 135.00 | 810.00 | 600.00 % |
| 554306 Boat Cleaning-Offshore High | 2,042.00 | 362.00 | 1,680.00 | 464.09 % |
| 554307 Boat Cleaning-HydroTherapy | 1,180.00 | 262.38 | 917.62 | 349.73 % |
| **Total 554300 Boat Cleaning** | **6,523.50** | **9,178.88** | **-2,655.38** | **-28.93 %** |

# Offshore Sailing School LTD Inc

## Profit and Loss

February 2025

| | TOTAL | | | |
|---|---|---|---|---|
| | FEB 2025 | FEB 2024 (PY) | CHANGE | % CHANGE |
| 560000 Indirect Costs Of Sales | | | | |
| 561000 Branch Operating | | | | |
| 561100 Docking Fees/Rent | 10,528.96 | 14,513.85 | -3,984.89 | -27.46 % |
| 561400 Supplies - Office | | 606.33 | -606.33 | -100.00 % |
| 561500 Office/Classroom Rent | 968.63 | 4,684.90 | -3,716.27 | -79.32 % |
| 561600 Telephone/Utilities | 280.01 | 214.00 | 66.01 | 30.85 % |
| 561650 Van/Auto Maintenance/Fuel | | 100.08 | -100.08 | -100.00 % |
| 561700 Travel -Branch | | | | |
| 561710 Travel  - Airfare | 1,035.16 | 3,239.24 | -2,204.08 | -68.04 % |
| 561720 Travel -  Mileage/Tolls/Auto | 1,270.10 | 2,091.89 | -821.79 | -39.28 % |
| 561730 Travel - Lodging | 1,000.00 | 2,989.88 | -1,989.88 | -66.55 % |
| 561740 Travel - Meals | 313.71 | 3,344.08 | -3,030.37 | -90.62 % |
| 561750 Travel - Other | | 440.02 | -440.02 | -100.00 % |
| **Total 561700 Travel -Branch** | **3,618.97** | **12,105.11** | **-8,486.14** | **-70.10 %** |
| **Total 561000 Branch Operating** | **15,396.57** | **32,224.27** | **-16,827.70** | **-52.22 %** |
| 562000 Indirect Boat | | | | |
| 562100 Boat Supplies/Repairs | | 568.59 | -568.59 | -100.00 % |
| 562101 Boat Supplies/R&M-Chase Boats | | 30.22 | -30.22 | -100.00 % |
| 562103 Boat Supplies/R&M- Legacy | | 7,613.47 | -7,613.47 | -100.00 % |
| 562104 Boat Supplies/R&M-C-26 | 235.86 | 1,851.75 | -1,615.89 | -87.26 % |
| 562108 Boat Supplies/R&M-Breaking Away | | 1,288.07 | -1,288.07 | -100.00 % |
| 562109 Boat Supplies/R&M-Making Connec | 71.68 | 887.08 | -815.40 | -91.92 % |
| 562110 Boat Supplies/R&M-Offshore High | | 256.88 | -256.88 | -100.00 % |
| 562111 Boat Supplies/R&M- HydroTherapy | 238.46 | 1,239.92 | -1,001.46 | -80.77 % |
| 562115 Shop Tools & Supplies | 586.59 | 1,005.27 | -418.68 | -41.65 % |
| **Total 562100 Boat Supplies/Repairs** | **1,132.59** | **14,741.25** | **-13,608.66** | **-92.32 %** |
| 562150 Fuel | 1,583.52 | 2,145.69 | -562.17 | -26.20 % |
| 562200 Boat Lease/Charter/Loan | 79,482.13 | 43,137.16 | 36,344.97 | 84.25 % |
| 562600 Insurance - Boat | 16,657.92 | 15,818.94 | 838.98 | 5.30 % |
| 562700 Licenses and Registrations | 330.00 | | 330.00 | |
| 562750 Certifications and work permits | | 3,195.00 | -3,195.00 | -100.00 % |
| 562900 Mooring Ball | 1,185.00 | 2,397.55 | -1,212.55 | -50.57 % |
| **Total 562000 Indirect Boat** | **100,371.16** | **81,435.59** | **18,935.57** | **23.25 %** |
| **Total 560000 Indirect Costs Of Sales** | **115,767.73** | **113,659.86** | **2,107.87** | **1.85 %** |
| **Total Cost of Goods Sold** | **$258,335.37** | **$386,941.95** | **$ -128,606.58** | **-33.24 %** |
| GROSS PROFIT | **$10,666.59** | **$51,099.23** | **$ -40,432.64** | **-79.13 %** |

# Offshore Sailing School LTD Inc

## Profit and Loss

### February 2025

| | TOTAL | | | |
|---|---|---|---|---|
| | FEB 2025 | FEB 2024 (PY) | CHANGE | % CHANGE |
| Expenses | | | | |
| 610000 General, Selling and Admin | | | | |
| 611000 Salary & Wages | | | | |
| 611010 Sales Salaries and Wages | 22,146.58 | 20,600.00 | 1,546.58 | 7.51 % |
| 611015 Commissions | 7,968.95 | 13,840.71 | -5,871.76 | -42.42 % |
| 611020 Admin Salaries and Wages | 31,854.13 | 60,166.68 | -28,312.55 | -47.06 % |
| **Total 611000 Salary & Wages** | **61,969.66** | **94,607.39** | **-32,637.73** | **-34.50 %** |
| 611100 Payroll Taxes | | | | |
| 611111 Sales FICA, Midicare, FUTA, & S | 2,787.21 | 2,425.32 | 361.89 | 14.92 % |
| 611112 Admin FICA, Medicare, FUTA, & S | 2,430.63 | 4,582.12 | -2,151.49 | -46.95 % |
| **Total 611100 Payroll Taxes** | **5,217.84** | **7,007.44** | **-1,789.60** | **-25.54 %** |
| 611200 Benefits | | | | |
| 611210 Health Insurance | 9,601.20 | | 9,601.20 | |
| 611211 Sales Health Ins. | | 780.85 | -780.85 | -100.00 % |
| 611212 Health Insurance | -2,295.66 | 3,529.23 | -5,824.89 | -165.05 % |
| **Total 611210 Health Insurance** | **7,305.54** | **4,310.08** | **2,995.46** | **69.50 %** |
| **Total 611200 Benefits** | **7,305.54** | **4,310.08** | **2,995.46** | **69.50 %** |
| 612110 Advertising &Marketing | 760.22 | | 760.22 | |
| 612111 Internet/Electronic-Design/Main | | 570.86 | -570.86 | -100.00 % |
| 612112 Internet/Electronic-Publishing | 4,404.01 | 8,600.00 | -4,195.99 | -48.79 % |
| 612113 Print Media-Design | | 10,416.73 | -10,416.73 | -100.00 % |
| 612114 Print Media-Publishing | 5,867.00 | 15,220.00 | -9,353.00 | -61.45 % |
| 612116 PR & Special Promotions | | 644.22 | -644.22 | -100.00 % |
| 612118 Web Maintenance | -1,427.00 | | -1,427.00 | |
| **Total 612110 Advertising &Marketing** | **9,604.23** | **35,451.81** | **-25,847.58** | **-72.91 %** |
| 612120 Automobile Expense | | 355.58 | -355.58 | -100.00 % |
| 612130 Bank Service Charges | 618.56 | 104.91 | 513.65 | 489.61 % |
| 612140 Business Conferences | 62.10 | 3,270.70 | -3,208.60 | -98.10 % |
| 612160 Charitable Donations | | 1,000.00 | -1,000.00 | -100.00 % |
| 612170 Dues and Subscriptions | 1,035.23 | 2,118.86 | -1,083.63 | -51.14 % |
| 612175 Equipment Rental and Maint. | 393.90 | | 393.90 | |
| 612180 Human Resources | 162.10 | | 162.10 | |
| 612190 Insurance | 4,138.07 | 3,256.92 | 881.15 | 27.05 % |
| 612200 Interest | 1,087.50 | | 1,087.50 | |
| 612210 IT Maint. & Services | 30.00 | 30.00 | 0.00 | 0.00 % |
| 612212 Hardware, Maintenance, Websites | 6,548.37 | 4,209.75 | 2,338.62 | 55.55 % |
| 612213 Software, SaaS, and Licensing | 1,826.52 | 1,734.48 | 92.04 | 5.31 % |
| **Total 612210 IT Maint. & Services** | **8,404.89** | **5,974.23** | **2,430.66** | **40.69 %** |
| 612220 Janitorial & Maint. | 735.92 | 633.13 | 102.79 | 16.24 % |
| 612240 Office Supplies | 234.80 | 331.41 | -96.61 | -29.15 % |
| 612270 Payroll and Other Service Fees | 337.22 | 2,474.00 | -2,136.78 | -86.37 % |

# Offshore Sailing School LTD Inc

## Profit and Loss

### February 2025

| | | TOTAL | | |
|---|---|---|---|---|
| | FEB 2025 | FEB 2024 (PY) | CHANGE | % CHANGE |
| 612280 Postage and Shipping | 1,006.14 | 3,173.39 | -2,167.25 | -68.29 % |
| 612290 Legal, Accounting, & Consulting | 3,500.00 | | 3,500.00 | |
| 612291 Legal | | 1,645.00 | -1,645.00 | -100.00 % |
| 612292 Accounting | | 2,759.88 | -2,759.88 | -100.00 % |
| 612294 Book Project | | 1,773.54 | -1,773.54 | -100.00 % |
| **Total 612290 Legal, Accounting, & Consulting** | **3,500.00** | **6,178.42** | **-2,678.42** | **-43.35 %** |
| 612300 Rent | 3,579.92 | 6,861.67 | -3,281.75 | -47.83 % |
| 612305 CAM | 1,579.85 | 1,579.85 | 0.00 | 0.00 % |
| 612310 Telephone | 467.44 | 1,469.80 | -1,002.36 | -68.20 % |
| 612320 Travel | | | | |
| 612321 Travel & Entertainment - GS&A | | 1,159.27 | -1,159.27 | -100.00 % |
| 612322 Airfare - GS&A | 2,808.02 | | 2,808.02 | |
| 612324 Meals & Entertainment - GS&A | | 60.10 | -60.10 | -100.00 % |
| 612325 Travel- Other | | 20.00 | -20.00 | -100.00 % |
| **Total 612320 Travel** | **2,808.02** | **1,239.37** | **1,568.65** | **126.57 %** |
| 612340 Utilities | 329.58 | 228.01 | 101.57 | 44.55 % |
| **Total 610000 General, Selling and Admin** | **114,578.51** | **181,626.97** | **-67,048.46** | **-36.92 %** |
| 700000 Capital Items | | | | |
| 711000 Amortization Expense | -337.50 | 421.20 | -758.70 | -180.13 % |
| 712000 Depreciation Expense | 18,009.26 | 14,611.90 | 3,397.36 | 23.25 % |
| **Total 700000 Capital Items** | **17,671.76** | **15,033.10** | **2,638.66** | **17.55 %** |
| **Total Expenses** | **$132,250.27** | **$196,660.07** | **$ -64,409.80** | **-32.75 %** |
| **NET OPERATING INCOME** | **$ -121,583.68** | **$ -145,560.84** | **$23,977.16** | **16.47 %** |
| Other Income | | | | |
| 720000 Gain/Loss - Asset Sale | 28,000.00 | | 28,000.00 | |
| **Total Other Income** | **$28,000.00** | **$0.00** | **$28,000.00** | **0.00%** |
| **NET OTHER INCOME** | **$28,000.00** | **$0.00** | **$28,000.00** | **0.00%** |
| **NET INCOME** | **$ -93,583.68** | **$ -145,560.84** | **$51,977.16** | **35.71 %** |

# Offshore Sailing School LTD Inc

## Balance Sheet
As of February 28, 2025

| | TOTAL | | | |
| --- | --- | --- | --- | --- |
| | AS OF FEB 28, 2025 | AS OF FEB 29, 2024 (PY) | CHANGE | % CHANGE |
| **ASSETS** | | | | |
| Current Assets | | | | |
| Bank Accounts | | | | |
| 100000 Bank of America | 0.00 | 0.00 | 0.00 | |
| 100200 Bk of America (Sec/Other Funds) | 0.00 | 0.00 | 0.00 | |
| 100350 FineMark Operating | 85,931.67 | 724,479.88 | -638,548.21 | -88.14 % |
| 100400 FineMark  Reserve | 0.00 | 0.00 | 0.00 | |
| 100410 FineMark Covid 19 | 0.00 | 149,900.00 | -149,900.00 | -100.00 % |
| 100450 Other-Gift Cards/Reschedule | 0.00 | 0.00 | 0.00 | |
| 100455 FineMark 6-Mth CD | 20,863.41 | 532,035.16 | -511,171.75 | -96.08 % |
| 100500 Cash Other | | | | |
| 100510 Undeposited | 0.00 | 0.00 | 0.00 | |
| **Total 100500 Cash Other** | **0.00** | **0.00** | **0.00** | |
| 1072 Bill.com Money Out Clearing | 362.10 | 10,978.20 | -10,616.10 | -96.70 % |
| 120000 Cash Petty | 0.00 | 0.00 | 0.00 | |
| **Total Bank Accounts** | **$107,157.18** | **$1,417,393.24** | **$ -1,310,236.06** | **-92.44 %** |
| Accounts Receivable | | | | |
| 11000 Accounts Receivable | 0.00 | 0.00 | 0.00 | |
| 130001 A/R Deferred Revenue | 3,146.50 | -7,064.30 | 10,210.80 | 144.54 % |
| 130002 A/R Other | 0.00 | 0.00 | 0.00 | |
| 130003 Refund Receivable | 0.00 | 0.00 | 0.00 | |
| **Total Accounts Receivable** | **$3,146.50** | **$ -7,064.30** | **$10,210.80** | **144.54 %** |
| Other Current Assets | | | | |
| 12000 Undeposited Funds | 0.00 | 1,348.00 | -1,348.00 | -100.00 % |
| 130147 Due From North Cove | 0.00 | 0.00 | 0.00 | |
| 130150 Due from Shareholders | 0.00 | 0.00 | 0.00 | |
| 130151 Prepaid Expense - Other | 0.00 | 0.00 | 0.00 | |
| 130152 Prepaid Expense - Advertising | 0.00 | 0.00 | 0.00 | |
| 130200 Prepaid Security Deposits | 830.00 | 964.01 | -134.01 | -13.90 % |
| 130201 Down Payment Sun Odyssey 440 | 0.00 | 0.00 | 0.00 | |
| 130220 Prepaids - Insurance | 0.00 | 1,085.00 | -1,085.00 | -100.00 % |

# Offshore Sailing School LTD Inc

## Balance Sheet

### As of February 28, 2025

| | TOTAL | | | |
|---|---|---|---|---|
| | AS OF FEB 28, 2025 | AS OF FEB 29, 2024 (PY) | CHANGE | % CHANGE |
| 130300 Prepaid Boats, Courses, Cruises | 0.00 | 0.00 | 0.00 | |
| 130301 OS1 Rebuild | 0.00 | 0.00 | 0.00 | |
| 130302 OS2 Rebuild | 0.00 | 0.00 | 0.00 | |
| 130303 Deposit on Sun Odyssey 440 | 0.00 | 0.00 | 0.00 | |
| 130304 Dream Power CAT | 0.00 | 0.00 | 0.00 | |
| 130305 Corporate Groups | 0.00 | 0.00 | 0.00 | |
| 130306 St. Pete | 0.00 | 0.00 | 0.00 | |
| 130309 C26 Boats | 0.00 | 0.00 | 0.00 | |
| 130311 Race Week | 0.00 | 160.88 | -160.88 | -100.00 % |
| 130313 FL Yht Grp Boat Move | 0.00 | 0.00 | 0.00 | |
| 130338 Thailand 04/23/22 | 0.00 | 0.00 | 0.00 | |
| 130341 BVI Power 12/3/22 | 0.00 | 0.00 | 0.00 | |
| 130343 Thailand 04/22/23 | 0.00 | 0.00 | 0.00 | |
| 130344 Abacos 03/06/23 | 0.00 | 0.00 | 0.00 | |
| 130345 Grenada 11/04/23 | 0.00 | 0.00 | 0.00 | |
| 130346 Belize 02/04/24 | 0.00 | 0.00 | 0.00 | |
| 130347 Greece 06/22/24 | 0.00 | 25,470.18 | -25,470.18 | -100.00 % |
| 130348 Sicily 09/21/24 | 0.00 | 37,729.32 | -37,729.32 | -100.00 % |
| 130349 St. Lucia 11/09/24 | 0.00 | 3,745.32 | -3,745.32 | -100.00 % |
| 130350 St. Martin 03/18/25 | 0.00 | 1,200.00 | -1,200.00 | -100.00 % |
| 130351 Procida 06/21/25 | 1,681.53 | 1,452.73 | 228.80 | 15.75 % |
| 130352 Dubrovnik 09/21/25 | 1,898.17 | 1,276.17 | 622.00 | 48.74 % |
| 130353 Tahiti 04/05/25 | 47,277.19 | | 47,277.19 | |
| 130354 Agana 09/19/26 | 1,236.00 | | 1,236.00 | |
| 130355 Corfu 07/18/26 | 1,236.00 | | 1,236.00 | |
| 130356 Antigua 02/07/26 | 927.00 | | 927.00 | |
| 130357 Nassau 04/18/26 | 1,236.00 | | 1,236.00 | |
| **Total 130300 Prepaid Boats, Courses, Cruises** | **55,491.89** | **71,034.60** | **-15,542.71** | **-21.88 %** |
| 130400 Prepaid Boat Shows | 0.00 | 0.00 | 0.00 | |
| 130401 Annapolis Boat Show | 775.08 | 1,080.76 | -305.68 | -28.28 % |
| **Total 130400 Prepaid Boat Shows** | **775.08** | **1,080.76** | **-305.68** | **-28.28 %** |
| 130900 Deferred Tax Asset | 0.00 | 0.00 | 0.00 | |
| 134001 Prepaids - Expenses | 0.00 | 0.00 | 0.00 | |
| 134101 Prepaids - Insurance | 35,507.73 | 48,905.40 | -13,397.67 | -27.40 % |
| 134200 Prepaids Advertising | 0.00 | 0.00 | 0.00 | |
| 134300 Employee Advances | 0.00 | 0.00 | 0.00 | |
| **Total 134001 Prepaids - Expenses** | **35,507.73** | **48,905.40** | **-13,397.67** | **-27.40 %** |
| 150000 Inventory | 0.00 | 0.00 | 0.00 | |
| 151100 Books | 0.00 | 258.06 | -258.06 | -100.00 % |
| 151200 Certificates | 0.00 | 0.00 | 0.00 | |

# Offshore Sailing School LTD Inc

## Balance Sheet
### As of February 28, 2025

| | TOTAL | | | |
|---|---|---|---|---|
| | AS OF FEB 28, 2025 | AS OF FEB 29, 2024 (PY) | CHANGE | % CHANGE |
| **Total 150000 Inventory** | **0.00** | **258.06** | **-258.06** | **-100.00 %** |
| 150100 Inventory - Other | 0.00 | 0.00 | 0.00 | |
| 150110 Inventory - Hotels Cost | 0.00 | 0.00 | 0.00 | |
| 150120 Inventory - Boat Std. Costs | 0.00 | 0.00 | 0.00 | |
| 150130 Inventory - Tuition Std. Cost | 0.00 | 0.00 | 0.00 | |
| **Total 150100 Inventory - Other** | **0.00** | **0.00** | **0.00** | |
| 150300 Inventory - C-26 | 0.00 | 0.00 | 0.00 | |
| **Total Other Current Assets** | **$92,604.70** | **$124,675.83** | **$ -32,071.13** | **-25.72 %** |
| **Total Current Assets** | **$202,908.38** | **$1,535,004.77** | **$ -1,332,096.39** | **-86.78 %** |
| Fixed Assets | | | | |
| 160100 Boats and Equipment | 1,708,322.91 | 2,595,949.73 | -887,626.82 | -34.19 % |
| 160101 Accum Dep - Boats and Equipment | -1,310,378.54 | -820,186.02 | -490,192.52 | -59.77 % |
| **Total 160100 Boats and Equipment** | **397,944.37** | **1,775,763.71** | **-1,377,819.34** | **-77.59 %** |
| 160200 Furniture and Fixtures | 44,722.34 | 183,746.77 | -139,024.43 | -75.66 % |
| 160201 Accum & Dep Furniture & Fixture | -42,724.94 | -119,474.47 | 76,749.53 | 64.24 % |
| **Total 160200 Furniture and Fixtures** | **1,997.40** | **64,272.30** | **-62,274.90** | **-96.89 %** |
| 160300 Automobiles & Trucks | 31,950.41 | 31,950.41 | 0.00 | 0.00 % |
| 160301 Accum & Dep Automobiles & Truck | -31,950.41 | -31,950.41 | 0.00 | 0.00 % |
| **Total 160300 Automobiles & Trucks** | **0.00** | **0.00** | **0.00** | |
| 160400 Leasehold Improvements | 0.00 | 146,620.82 | -146,620.82 | -100.00 % |
| 160401 Accum Dep-Leasehold Improvement | 675.00 | -99,575.34 | 100,250.34 | 100.68 % |
| **Total 160400 Leasehold Improvements** | **675.00** | **47,045.48** | **-46,370.48** | **-98.57 %** |
| 160500 Boats - Training - Design | 11,000.00 | 11,000.00 | 0.00 | 0.00 % |
| 160501 Accum Dep-Boats-Design | -11,000.00 | -11,000.00 | 0.00 | 0.00 % |
| **Total 160500 Boats - Training - Design** | **0.00** | **0.00** | **0.00** | |
| 160600 Boats - Training - Tooling | 78,626.88 | 78,626.88 | 0.00 | 0.00 % |
| 160601 Accum Dep-Boats Tooling | -78,626.88 | -78,626.88 | 0.00 | 0.00 % |
| **Total 160600 Boats - Training - Tooling** | **0.00** | **0.00** | **0.00** | |
| 160700 Boats - Training - Gen Expenses | 2,270.00 | 2,270.00 | 0.00 | 0.00 % |
| 160701 Accum Dep-Boat Gen Exp | -2,270.00 | -2,270.00 | 0.00 | 0.00 % |
| **Total 160700 Boats - Training - Gen Expenses** | **0.00** | **0.00** | **0.00** | |
| 160800 Software Cost/Web Development | 104,230.20 | 118,205.83 | -13,975.63 | -11.82 % |
| 160801 Accum Dep-Software/Web Dev | -95,995.20 | -92,545.75 | -3,449.45 | -3.73 % |
| **Total 160800 Software Cost/Web Development** | **8,235.00** | **25,660.08** | **-17,425.08** | **-67.91 %** |
| **Total Fixed Assets** | **$408,851.77** | **$1,912,741.57** | **$ -1,503,889.80** | **-78.62 %** |

# Offshore Sailing School LTD Inc

## Balance Sheet

### As of February 28, 2025

| | TOTAL | | | |
|---|---|---|---|---|
| | AS OF FEB 28, 2025 | AS OF FEB 29, 2024 (PY) | CHANGE | % CHANGE |
| Other Assets | | | | |
| 170000 PO Clearing | 0.00 | 0.00 | 0.00 | |
| **Total Other Assets** | **$0.00** | **$0.00** | **$0.00** | **0.00 %** |
| **TOTAL ASSETS** | **$611,760.15** | **$3,447,746.34** | **$ -2,835,986.19** | **-82.26 %** |
| LIABILITIES AND EQUITY | | | | |
| Liabilities | | | | |
| Current Liabilities | | | | |
| Accounts Payable | | | | |
| 200000 Accounts Payable | 211,634.77 | 215,265.99 | -3,631.22 | -1.69 % |
| **Total Accounts Payable** | **$211,634.77** | **$215,265.99** | **$ -3,631.22** | **-1.69 %** |
| Credit Cards | | | | |
| 200050 Credit Cards | | | | |
| 200055 BOA Mastercard #2648/7956 | 0.00 | 0.00 | 0.00 | |
| 200060 BOA Mastercard #0334/5945 | 0.00 | 0.00 | 0.00 | |
| 200065 Costco Visa  2462 | 13.23 | 1,833.35 | -1,820.12 | -99.28 % |
| 200070 American Express #4008 | 0.00 | 30.00 | -30.00 | -100.00 % |
| 200075 FineMark OPS Visa 1383 | 19,160.88 | 12,893.10 | 6,267.78 | 48.61 % |
| 200080 Navan | 2,521.24 | 7,994.64 | -5,473.40 | -68.46 % |
| 200085 FineMark MKT Visa 2308 | 6,109.37 | 17,458.23 | -11,348.86 | -65.01 % |
| 200090 FineMark Visa 0161 Doris | 4,210.73 | 5,281.31 | -1,070.58 | -20.27 % |
| 200095 FineMark Visa 0179 Steve | -225.00 | 0.00 | -225.00 | |
| **Total 200050 Credit Cards** | **31,790.45** | **45,490.63** | **-13,700.18** | **-30.12 %** |
| **Total Credit Cards** | **$31,790.45** | **$45,490.63** | **$ -13,700.18** | **-30.12 %** |
| Other Current Liabilities | | | | |
| 200101 Deposits - C-26 | 0.00 | 0.00 | 0.00 | |
| 200200 Deferred Course Revenue | 1,097,206.78 | 1,386,048.34 | -288,841.56 | -20.84 % |
| 200201 Deferred Income | 0.00 | 0.00 | 0.00 | |
| 200210 Credit Card Fees Clearing | 0.00 | 0.00 | 0.00 | |
| 200220 Money On Account | 11,105.65 | 71,103.14 | -59,997.49 | -84.38 % |
| 200221 Money on Account (Pending) | 0.00 | 10,450.00 | -10,450.00 | -100.00 % |
| 200250 Accrued Payroll Expenses | 0.00 | 0.00 | 0.00 | |
| 200255 Accrued Taxes - Y/E Only | 0.00 | 0.00 | 0.00 | |
| 200300 Cruise Security Dep-Refundable | 0.00 | 0.00 | 0.00 | |
| 200305 Flotilla SecurityDep-Refundable | 0.00 | 0.00 | 0.00 | |
| 200400 NJ Sail Club Sec Dep-Refundable | 0.00 | 0.00 | 0.00 | |
| 200401 No. Cove Sec Dep-Refundable | 0.00 | 0.00 | 0.00 | |
| 200450 SSP Race Week Refudable Deposit | 0.00 | 0.00 | 0.00 | |
| 200500 Ft Myers Beach Club Damage Dep | 0.00 | 0.00 | 0.00 | |
| 200600 Accrued Salary and Wages | 0.00 | 0.00 | 0.00 | |
| 200610 Accrued Salaries and Wages | 0.00 | 0.00 | 0.00 | |
| 200620 Accrued Commissions | 12,577.95 | 18,115.71 | -5,537.76 | -30.57 % |

# Offshore Sailing School LTD Inc

## Balance Sheet

As of February 28, 2025

| | AS OF FEB 28, 2025 | AS OF FEB 29, 2024 (PY) | CHANGE | % CHANGE |
|---|---|---|---|---|
| **Total 200600 Accrued Salary and Wages** | **12,577.95** | **18,115.71** | **-5,537.76** | **-30.57 %** |
| 200650 Payroll Tax Liabilities | 0.00 | 0.00 | 0.00 | |
| 200651 Federal Tax Withheld | 0.00 | 0.00 | 0.00 | |
| 200652 FICA Withheld | 0.00 | 0.00 | 0.00 | |
| 200653 Medicare Withheld | 0.00 | 0.00 | 0.00 | |
| 200654 Accr'd FICA Paid Wages | 0.00 | 0.00 | 0.00 | |
| 200655 Acc'd Medi Paid Wages | 0.00 | 0.00 | 0.00 | |
| 200658 FUTA Payable | 0.00 | 0.00 | 0.00 | |
| 200659 SUTA Payable | 0.00 | 0.00 | 0.00 | |
| 200660 BVI PR Tax Liabilities | | | | |
| 200661 BVI Income Tax W/H & EE Due | 1,525.06 | 7,934.44 | -6,409.38 | -80.78 % |
| 200662 BVI SS Tax W/H & EE Due | 22,995.59 | -2,553.13 | 25,548.72 | 1,000.68 % |
| 200663 BVI NHI Tax W/H & EE Due | 1,563.11 | -2,950.49 | 4,513.60 | 152.98 % |
| **Total 200660 BVI PR Tax Liabilities** | **26,083.76** | **2,430.82** | **23,652.94** | **973.04 %** |
| 200675 Colorado State Tax | 0.00 | 443.06 | -443.06 | -100.00 % |
| **Total 200650 Payroll Tax Liabilities** | **26,083.76** | **2,873.88** | **23,209.88** | **807.61 %** |
| 200800 Sales Tax Payable-Florida | 0.00 | 0.00 | 0.00 | |
| 200850 Payroll Taxes Payable | 0.00 | 11.88 | -11.88 | -100.00 % |
| 200900 Payroll Liabilities | 0.00 | -724.91 | 724.91 | 100.00 % |
| 200910 HSA Withholding | 0.00 | 0.00 | 0.00 | |
| HSA Withholding {897} | 0.00 | 0.00 | 0.00 | |
| HSA Withholding {951} | 0.00 | 0.00 | 0.00 | |
| **Total 200900 Payroll Liabilities** | **0.00** | **-724.91** | **724.91** | **100.00 %** |
| 200950 Accrued Expenses Other | 370,884.97 | 194,270.80 | 176,614.17 | 90.91 % |
| 201000 Current Portion  - L.T. Debt | 0.00 | 0.00 | 0.00 | |
| 201401 Current Portion - BOA on OS1 | 0.00 | 0.00 | 0.00 | |
| 201402 Current Portion - BOA  on OS2 | 0.00 | 0.00 | 0.00 | |
| 201404 Curent Portion-Leopard 40 | 0.00 | 0.00 | 0.00 | |
| 201406 Curent Portion-Florida Bridge L | 0.00 | 0.00 | 0.00 | |
| 201407 Current Lease payable-Lagoon 40 | 150,234.70 | 150,234.70 | 0.00 | 0.00 % |
| 201408 PPP Loan | 0.00 | 0.00 | 0.00 | |
| 201410 Current Portion-SBA Loan | 8,219.25 | -520.83 | 8,740.08 | 1,678.11 % |
| 201500 Current Portion - MB Van | 0.00 | 0.00 | 0.00 | |
| Sales Tax Agency Payable | 0.00 | 0.00 | 0.00 | |
| **Total Other Current Liabilities** | **$1,676,313.06** | **$1,831,862.71** | **$ -155,549.65** | **-8.49 %** |
| **Total Current Liabilities** | **$1,919,738.28** | **$2,092,619.33** | **$ -172,881.05** | **-8.26 %** |

# Offshore Sailing School LTD Inc

## Balance Sheet

As of February 28, 2025

| | TOTAL | | | |
|---|---|---|---|---|
| | AS OF FEB 28, 2025 | AS OF FEB 29, 2024 (PY) | CHANGE | % CHANGE |
| Long-Term Liabilities | | | | |
| 210401 Loan Payable-BOA Jeanneau #1 | 0.00 | 0.00 | 0.00 | |
| 210402 Loan Pay-BOA 1/8/13 Jeanneau #2 | 0.00 | 0.00 | 0.00 | |
| 210404 Loan Payable-Leopard 40 | 0.00 | 0.00 | 0.00 | |
| 210410 Loan Payable-SBA | 148,852.16 | 151,170.22 | -2,318.06 | -1.53 % |
| 210500 Loan Payable-Mercedes 2012 Van | 0.00 | 0.00 | 0.00 | |
| 210501 Lease Payable -Lagoon 40 | 209,207.11 | 327,785.10 | -118,577.99 | -36.18 % |
| 210999 Less Current Portion of LT Debt | 0.00 | 0.00 | 0.00 | |
| **Total Long-Term Liabilities** | **$358,059.27** | **$478,955.32** | **$ -120,896.05** | **-25.24 %** |
| **Total Liabilities** | **$2,277,797.55** | **$2,571,574.65** | **$ -293,777.10** | **-11.42 %** |
| Equity | | | | |
| 300100 Common Stock-Cash | 1,000.00 | 1,000.00 | 0.00 | 0.00 % |
| 300200 Shareholder Distributions | -4,764.00 | -4,764.00 | 0.00 | 0.00 % |
| 300300 Paid-In Capital | 64,599.00 | 64,599.00 | 0.00 | 0.00 % |
| 300800 Retained Earnings | -1,896,070.21 | 1,144,939.35 | -3,041,009.56 | -265.60 % |
| 300900 Opening Balance Equity | 0.00 | 0.00 | 0.00 | |
| Net Income | 169,197.81 | -329,602.66 | 498,800.47 | 151.33 % |
| **Total Equity** | **$ -1,666,037.40** | **$876,171.69** | **$ -2,542,209.09** | **-290.15 %** |
| **TOTAL LIABILITIES AND EQUITY** | **$611,760.15** | **$3,447,746.34** | **$ -2,835,986.19** | **-82.26 %** |

| Form **1120-S** | Two Year Comparison Worksheet Page 1 | **2023 & 2024** |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| OFFSHORE SAILING SCHOOL LTD INC | 59-1781095 |

|  |  | 2023 | 2024 | Differences |
|---|---|---|---|---|
| **Income** | Gross profit percentage | 35.0625 | 11.0970 | -23.9655 |
|  | Net receipts | 4,681,316 | 4,280,852 | -400,464 |
|  | Cost of goods sold | 3,039,931 | 3,805,805 | 765,874 |
|  | Gross profit | 1,641,385 | 475,047 | -1,166,338 |
|  | Net gain (loss) from Form 4797 | 240,850 |  | -240,850 |
|  | Other income (loss) | 10,831 | 2,263 | -8,568 |
|  | **Total income (loss)** | 1,893,066 | 477,310 | -1,415,756 |
| **Deductions** | Compensation of officers | 299,785 | 252,084 | -47,701 |
|  | Salaries and wages less employment credits | 825,885 | 838,753 | 12,868 |
|  | Repairs and maintenance | 8,711 | 5,274 | -3,437 |
|  | Bad debts |  |  |  |
|  | Rents | 127,157 | 107,485 | -19,672 |
|  | Taxes and licenses | 86,099 | 86,060 | -39 |
|  | Interest | 5,925 | 14,107 | 8,182 |
|  | Depreciation | 97,956 | 118,596 | 20,640 |
|  | Depletion |  |  |  |
|  | Advertising | 116,938 | 95,005 | -21,933 |
|  | Pension, profit-sharing, etc., plans |  |  |  |
|  | Employee benefit programs |  |  |  |
|  | Energy efficient commercial buildings deduction |  |  |  |
|  | Other deductions | 667,286 | 622,288 | -44,998 |
|  | **Total deductions** | 2,235,742 | 2,139,652 | -96,090 |
|  | **Ordinary business income (loss)** | -342,676 | -1,662,342 | -1,319,666 |
| **Tax and Payments** | Excess net passive income or LIFO recapture tax |  |  |  |
|  | Tax from Schedule D |  |  |  |
|  | **Total tax** | 0 | 0 | 0 |
|  | Estimated tax and prior year overpayment credited |  |  |  |
|  | Tax deposited with Form 7004 |  |  |  |
|  | Credit for federal tax paid on fuels |  |  |  |
|  | Refund applied for on Form 4466 | ( ) | ( ) |  |
|  | Elective payment election amount from Form 3800 |  |  |  |
|  | **Total payments and credits** |  |  |  |
|  | **Tax due (overpayment)** | 0 | 0 | 0 |
|  | Estimated tax penalty from Form 2220 |  |  |  |
|  | Penalties and interest |  |  |  |
|  | **Net tax due (overpayment)** | 0 | 0 | 0 |
|  | **Overpayment credited to next year's estimated tax** |  |  |  |
|  | **Overpayment refunded** |  |  |  |

| Form **1120-S** | **Two Year Comparison Worksheet Page 2** | **2023 & 2024** |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| OFFSHORE SAILING SCHOOL LTD INC | 59-1781095 |

| | | 2023 | 2024 | Differences |
|---|---|---|---|---|
| **Income (Loss)** | Ordinary business income (loss) | -342,676 | -1,662,342 | -1,319,666 |
| | Net rental real estate income (loss) | | | |
| | Other net rental income (loss) | | | |
| | Interest income | 10,578 | 15,509 | 4,931 |
| | Dividends | | | |
| | Royalties | | | |
| | Net short-term capital gain (loss) | | | |
| | Net long-term capital gain (loss) | | | |
| | Net Section 1231 gain (loss) | | | |
| | Other income (loss) | | | |
| **Deductions** | Section 179 deduction | | | |
| | Cash charitable contributions | 16,288 | 1,570 | -14,718 |
| | Noncash charitable contributions | | | |
| | Investment interest expense | | | |
| | Section 59(e)(2) expenditures | | | |
| | Other deductions | | | |
| **Credits** | Low-income housing credit (Section 42(j)(5)) | | | |
| | Low-income housing credit (other) | | | |
| | Qualified rehabilitation expenditures (rental real estate) | | | |
| | Other rental real estate credits | | | |
| | Other rental credits | | | |
| | Biofuel producer credit | | | |
| | Other credits | | | |
| **AMT Items** | Post-1986 depreciation adjustment | -1,270 | -1,268 | 2 |
| | Adjusted gain or loss | | | |
| | Depletion (other than oil and gas) | | | |
| | Oil, gas, and geothermal properties-gross income | | | |
| | Oil, gas, and geothermal properties-deductions | | | |
| | Other AMT items | | | |
| **Items Affecting S/H Basis** | Tax-exempt interest income | | | |
| | Other tax-exempt income | | | |
| | Nondeductible expenses | 7,892 | 10,387 | 2,495 |
| | Distributions | 40,000 | 4,764 | -35,236 |
| | Repayment of loans from shareholders | | | |
| | Foreign taxes paid or accrued | | | |
| **Other Information** | Investment income | 10,578 | 15,509 | 4,931 |
| | Investment expenses | | | |
| | Dividend distributions paid from accumulated E&P | | | |
| | Income (loss) (if Schedule M-1 is required) | -348,386 | -1,648,403 | -1,300,017 |

| Form **1120-S** | Two Year Comparison Worksheet Page 3 | 2023 & 2024 |
|---|---|---|

Name: **OFFSHORE SAILING SCHOOL LTD INC**

Employer Identification Number: **59-1781095**

| | | 2023 | 2024 | Differences |
|---|---|---|---|---|
| Schedule L | Beginning assets | 2,504,655 | 2,254,574 | -250,081 |
| | Beginning liabilities and equity | 2,504,655 | 2,254,574 | -250,081 |
| | Ending assets | 2,254,574 | 606,025 | -1,648,549 |
| | Ending liabilities and equity | 2,254,574 | 606,025 | -1,648,549 |
| Schedule M-1 | Net income (loss) per books | -356,278 | -1,655,550 | -1,299,272 |
| | Taxable income not on books | | | |
| | Book expenses not deducted | 7,892 | 11,737 | 3,845 |
| | Income on books not on return | | | |
| | Return deductions not on books | | 4,590 | 4,590 |
| | Income (loss) per return | -348,386 | -1,648,403 | -1,300,017 |
| Schedule M-2 AAA | Balance at beginning of year | 570,483 | 174,205 | -396,278 |
| | Ordinary income (loss) from page 1 | -342,676 | -1,662,342 | -1,319,666 |
| | Other additions | 10,578 | 15,509 | 4,931 |
| | Other reductions | 24,180 | 11,957 | -12,223 |
| | Distributions | 40,000 | 4,764 | -35,236 |
| | Balance at end of year | 174,205 | -1,489,349 | -1,663,554 |
| Schedule M-2 PTI | Balance at beginning of year | | | |
| | Distributions | | | |
| | Balance at end of year | | | |
| Schedule M-2 E&P | Balance at beginning of year | | | |
| | Distributions | | | |
| | Balance at end of year | | | |
| Schedule M-2 OAA | Balance at beginning of year | | | |
| | Other additions | | | |
| | Other reductions | | | |
| | Distributions | | | |
| | Balance at end of year | | | |
| Schedule M-3 | Total income (loss) items: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |
| | Total expense/deduction items: | | | |
| | Expense per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Deduction per tax return | | | |
| | Other items with no differences: | | | |
| | Income (loss) per income statement | | | |
| | Income (loss) per tax return | | | |
| | Reconciliation totals: | | | |
| | Income (loss) per income statement | | | |
| | Temporary difference | | | |
| | Permanent difference | | | |
| | Income (loss) per tax return | | | |